# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| SHAY SANTANA, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | File No. 3:16-cv-00085-TCB-RGV |
| v. ) | |
| ) | |
| HSI FINANCIAL SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shay Santana, through her undersigned counsel, hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 21st day of July, 2016.

**BERRY & ASSOCIATES**

*/s/ Samantha L. Tzoberi*
Samantha Tzoberi
Georgia Bar No.: 140809
*stzoberi@mattberry.com*
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333

*Plaintiff's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served in the above-styled case via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Michael Chapman
Beddard Law Group, P.C.
2810 Peachtree Industrial Boulevard
Suite D
Duluth, GA 30097

> */s/ Samantha L. Tzoberi*
> Samantha Tzoberi
> Georgia Bar No.: 140809
>
> *One of Plaintiff's Attorneys*